214 F.2d 350
 Elmer F. KELM, Collector of Internal Revenue, etc., Appellant,
v.
Bessie Bennett BOCKMAN.
 No. 15086.
 United States Court of Appeals Eighth Circuit.
 June 10, 1954.
 
 1
 Appeal from the United States District Court for the District of Minnesota.
 
 
 2
 George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.
 
 
 3
 R. H. Fryberger and G. W. Townsend, Minneapolis, Minn., for appellee.
 
 
 4
 Appeal from District Court dismissed, on stipulation of parties. 117 F.Supp. 478.